IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 1:12-cv-894-CMA-CBS

ABLE PLANET, INCORPORATED,

    Plaintiff,

v.

BOSE CORPORATION,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

IT IS HEREBY ORDERED that the "Stipulated Protective Order" (filed 8/1/12; *doc. no. 30*) is STRICKEN for failure to comply with District of Colorado ECF Procedure V.L

Before refiling parties should note the following steps:

1) Need to file a Motion for Protective Order;
2) Need to attach the stipulated protective order as an *attachment* to the Motion; and
3) Need to email a copy of the stipulated protective order in either, Word or Word Perfect format, to Shaffer_Chambers@cod.uscourts.gov.

Parties are directed to contact the ECF Help Desk at 303.335.2050 for further assistance.

**DATED:**    August 3, 2012