IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 12-cv-00894-CMA-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: October 16, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                            *Counsel:*

ABLE PLANET, INCORPORATED,        Clayton Cole James

       Plaintiff/Counter Defendant,

v.

BOSE CORPORATION,                     Gayle Lynn Strong

       Defendant/Counter Claimant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:      2:00 p.m.**
Court calls case.  Appearances of counsel.

Argument and discussion regarding the defendant's Joint MOTION to Amend/Correct/Modify (Modify) the Scheduling Order and Extend Certain Deadlines (Docket No. 39, filed on 10/9/2012) and Magistrate Judge Shaffer's ORDER granting #36 Motion for Extension of Time and extending the pretrial deadlines (Docket No. 38, filed on 9/11/2012).

**ORDERED:**   The court **GRANTS** the defendant's Joint MOTION to Amend/Correct/Modify (Modify) the Scheduling Order and Extend Certain Deadlines (Docket No. 39, filed on 10/9/2012).  The Fact discovery cut-off shall remain **no later than December 14, 2012;** Parties shall designate affirmative experts and serve expert reports **no later than January 14, 2013**; Parties shall designate rebuttal experts and serve expert reports **no later than February 15, 2013**; Expert discovery cut-off **no later than February 28, 2013**; Dispositive motions deadline **no later than March 15, 2013**.

**ORDERED:**   The final Pretrial Conference will be re-set to **June 24, 2013 at 9:15 a.m.**

HEARING CONCLUDED.

**Court in recess**:	2:30 p.m.
Total time in court:	00:30

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.