IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 12-cv-00894-CMA-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: December 10, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                    *Counsel:*

ABLE PLANET INCORPORATED,                     Clayton Cole James
                                              Srecko Vidmar

      Plaintiff,

v.

BOSE CORPORATION,                             Amy Leigh Kramer
                                              Gayle Lynn Strong

      Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   TELEPHONIC DISCOVERY CONFERENCE**
**Court in Session:      10:43 a.m.**
Court calls case.  Appearances of counsel.

Discussion between the court and the parties regarding their discovery dispute pertaining the deposition notice sent by Bose Corporation.

Discussion between the court and the parties regarding Rule 26(b)(1) and Rule 30.

The parties agree to move forward with the deposition and contact the court if they encounter any issues.

The court addresses the parties regarding the plaintiff's Unopposed MOTION for Leave to Take Specific Depositions After Close of Fact Discovery Without Modifying Any Other Pretrial Deadlines (Docket No. 45, filed on 12/7/2012).

Discussion between the court and the parties regarding the current discovery deadlines. ***The court advises the parties that if will not be willing to give any more extensions of the discovery deadlines***.

**ORDERED:**   The court **GRANTS** plaintiff's Unopposed MOTION for Leave to Take Specific Depositions After Close of Fact Discovery Without Modifying Any Other Pretrial Deadlines (Docket No. 45, filed on 12/7/2012).

The court addresses the parties regarding the discovery deadlines: the discovery cut off (for all fact and non-fact discovery matters) is **February 28, 2013**; affirmative experts to be designated by **January 14, 2013**; rebuttal experts to be designated by **February 15, 2013**; and dispositive motion due by **March 15, 2013**.  The Final Pretrial Conference shall remain set for **June 24, 2013 at 9:15 a.m.**

HEARING CONCLUDED.

**Court in recess**:        **11:08 a.m.**
Total time in court:    00:25

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.