**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:12-cv-894-CMA-CBS

ABLE PLANET, INCORPORATED,

    Plaintiff,

  v.

BOSE CORPORATION,

    Defendant.

_____

**JOINT MOTION TO EXTEND STAY OF CASE DEADLINES TO FINALIZE SETTLEMENT**
_____

Plaintiff Able Planet, Incorporated ("Able Planet") and Defendant Bose Corporation ("Bose") hereby jointly request that the Court extend the current stay of the case for another 10 (ten) days in order to give the parties time to formally finalize the terms of their settlement.  In support of their joint motion, the parties state as follows:

    1.    Business representatives of the parties, along with their counsel, met in person on June 7, 2013.  During this meeting, the parties agreed to resolve all claims pending between them in this action, the related trademark action in this District, and the patent action recently filed by Bose in the District of Massachusetts.

    2.    Upon the parties' two joint motions, the Court stayed all deadlines in this action up to and including August 12, 2013, so that the parties can finalize their settlement.  (Dkt. Nos. 79 and 84)

3. The parties and their attorneys have worked diligently and have memorialized the terms of their settlement into a settlement agreement related to the three separate actions, several different forms of intellectual property, and various product redesigns. However, the parties require a few additional days to obtain approvals and signatures necessary to finalize their settlement agreement and file dismissal papers with the Court.

4. Accordingly, in order to avoid unnecessary effort by the Court and the parties that would likely be nullified by eventual settlement of this case, the parties respectfully request that the Court extend the stay of all case deadlines for an additional 10 days up to and including August 22, 2013, to give the parties time to finalize their settlement.

Respectfully submitted on August 12, 2013.

| | |
|---|---|
| *s/Clay James* | *s/Gayle Strong* |
| Clay James | Gayle Strong |
| Srecko Vidmar | Amy Kramer |
| Hogan Lovells US LLP | Greenberg Traurig, LLP |
| One Tabor Center, Suite 1500 | One Tabor Center, Suite 2400 |
| 1200 Seventeenth Street | 1200 Seventeenth Street |
| Denver, CO 80202 | Denver, CO 80202 |
| Telephone: 303 899 7300 | Telephone: 303 572 6500 |
| Facsimile: 303 899 7333 | Facsimile: 303 572 6540 |
| clay.james@hoganlovells.com | strong@gtlaw.com |
| lucky.vidmar@hoganlovells.com | kramera@gtlaw.com |
| | |
| Attorneys for Plaintiff Able Planet, Incorporated. | Attorneys for Defendant Bose Corporation. |

## CERTIFICATE OF SERVICE

I certify that on August 12, 2013, I filed a true and correct copy of the foregoing using the Court's CM/ECF electronic filing system which will serve the same upon all counsel of record.

                                          *s/ Lucky Vidmar*
                                              Lucky Vidmar